McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>LANCE ALLEN CORFIELD,<br><br>               Defendant. | 01: 06-CR-00240 AWI<br>01: 06-MJ-00240 LJO<br><br>ORDER ON THE GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING |

IT IS HEREBY ORDERED, that the government may have until August 2, 2006, to respond to the defendant's motion for reconsideration.


DATED: July 14, 2006        /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
                            U.S. District Court Judge