```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>                                   )<br>LANCE ALLEN CORFIELD,              )<br>                                   )<br>            Defendant.             )<br>_____) | 01: 06-CR-00240 OWW<br>01: 06-MJ-00240 LJO<br><br>ORDER ON THE  GOVERNMENT'S<br>SECOND REQUEST FOR EXTENSION<br>OF TIME<br>TO RESPOND TO DEFENDANT'S<br>MOTION FOR RECONSIDERATION<br>OF MAGISTRATE JUDGE'S RULING |

   IT IS HEREBY ORDERED, that the government may have until August 18, 2006, to respond to the defendant's motion for reconsideration.


DATED:   8/4/2006                    /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     U.S. District Court Judge