1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Lance Allen Corfield

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIQUE STATES OF AMERICA,     )   NO. 1:06-CR-0240 OWW
                                 )
12         Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                 )   CONFERENCE HEARING, AND ORDER
13    v.                         )   THEREON
                                 )
14 LANCE ALLEN CORFIELD,         )   Date:  November 28, 2006
                                 )   Time:  9:00 a.m.
15         Defendant.             )   Judge: Honorable Oliver W. Wanger
                                 )
16 _____)

17

18                          **STIPULATION**

19       It is hereby stipulated by and between the parties hereto that the hearing on motion for

20 reconsideration (shackling) in the above- entitled matter now set for November 13, 2006, may be

21 continued to **November 28, 2006, at 9:00 a.m.**

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   The reason for this continuance is to allow counsel additional time for defense preparation and further negotiations.

McGREGOR W. SCOTT
United States Attorney

DATED: November 8, 2006          By:   /s/ Stanley A. Boone
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 8, 2006          By:   /s/ Marc C. Ament
                                       MARC C. AMENT
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Lance Allen Corfield


**ORDER**

IT IS SO ORDERED.

**Dated:   November 9, 2006**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Corfield          2