1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Lance Allen Corfield

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    NO. 1:06-CR-0240 OWW
                                      )
12           *Plaintiff*,             )    STIPULATION TO CONTINUE STATUS
                                      )    CONFERENCE HEARING, AND ORDER
13      v.                            )    THEREON
                                      )
14 LANCE ALLEN CORFIELD,              )    Date:   December 12, 2006
                                      )    Time:  9:00 a.m.
15           *Defendant*.             )    Judge: Honorable Anthony W. Ishii
                                      )
16 _____)

17

18                            **STIPULATION**

19       It is hereby stipulated by and between the parties hereto that the hearing on motion for

20 reconsideration (shackling) in the above- entitled matter now set for November 28, 2006, may be

21 continued to **December 12, 2006, at 9:00 a.m.**

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    The reason for this continuance is to consider possible revisions to Local Rule Crim 43-401.

2                                                    McGREGOR W. SCOTT
                                                     United States Attorney
3

4    DATED: November 21, 2006              By:    /s/  Stanley A. Boone
                                                  STANLEY A. BOONE
5                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff
6

7
                                                  DANIEL J. BRODERICK
8                                                 Federal Defender

9
     DATED: November  21, 2006             By:    /s/ Marc C. Ament
10                                                MARC C. AMENT
                                                  Assistant Federal Defender
11                                                Attorney for Defendant
                                                  Lance Allen Corfield
12

13

14

15                                        **ORDER**

16

17       IT IS SO ORDERED.

18   **Dated:    November 21, 2006**              **/s/ Oliver W. Wanger**
     emm0d6                                  UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order – Corfield              2