DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Lance Allen Corfield

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0240 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| LANCE ALLEN CORFIELD, | Date: January 9, 2007 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on motion for reconsideration (shackling) in the above- entitled matter now set for December 12, 2006, may be continued to **January 9, 2007, at 9:00 a.m.**

///
///
///
///
///
///
///

The reason for this continuance is to allow counsel additional time for defense preparation and further negotiations.

McGREGOR W. SCOTT
United States Attorney

DATED: December 6, 2006          By:     /s/ Stanley A. Boone
                                         STANLEY A. BOONE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 6, 2006          By:     /s/ Marc C. Ament
                                         MARC C. AMENT
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Lance Allen Corfield

## ORDER

IT IS SO ORDERED.

**Dated:   December 7, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Corfield          2